08-64 C

RECEIVED OVER THE COUNTER

JAN 29 2008

THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
HomeSource Real Estate Asset Services v. The United States

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Kathy C. Potter

Firm Name: Benton & Potter, P.C.

Post Office Box:

Street Address: 2300 M Street, N.W., Suite 800

City-State-Zip: Washington, D.C. 20037

Telephone & Facsimile Numbers: (202) 416-1660, (202) 330-5487 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? □ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 2 6
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: H U D
See attached sheet for three-digit codes.

Amount Claimed: $ 50,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes □ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 20,000,000.00
Is plaintiff a small business? ■ Yes □ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes □ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.