ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JAN 28 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HOMESOURCE REAL ESTATE ASSET SERVICES, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | 08-64 C<br>CoFC No.<br>**BID PROTEST** |

**NOTICE OF DIRECTLY CASE**

**COMES NOW** the HomeSource Real Estate Asset Services, Inc. ("HomeSource"), by and through undersigned counsel, and in accordance with RCFC 40.2 hereby files this Notice of Directly Related Cases. Plaintiff believes that the following pending case falls within the definition of directly related case as set forth in RCFC 40.2(a)(1) because this case involves the same parties and are based on similar claims and this case involves the same procurement or contract: Chapman Law Firm Co. v. United States, CoFC No. 08-39C (Wheeler, J.) (Protest concerning HUD's attempt to conduct an improperly limited competition in this procurement).

Because Judge Wheeler is currently hearing a protest concerning the same procurement and is considering the same or similar issues in that case as will need to be resolved here, it would appear to make sense and promote judicial efficiency to assign this matter to Judge Wheeler's chambers.

Respectfully submitted,

Kathy C. Potter

Kathy C. Potter
Benton & Potter, P.C.
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 416-1660
(202) 330-5487 facsimile

Janine S. Benton
Benton & Potter, PC
150 S. Washington St
Suite 202
Falls Church, VA 22046
(703) 992-9255
(703) 832-0211 facsimile

Counsel for Plaintiff HomeSource Real Estate Asset Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2008, a copy of the foregoing Notice of Directly Related Case was served by electronic mail on:

Counsel for the United States Terra Hogan, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530; and

Keith Surber, Contracting Officer, U.S. Department of Housing and Urban Development, 1670 Broadway, 23rd Floor, Denver, Colorado 80202.

Kathy C. Potter

Kathy C. Potter