ORIGINAL

FILED
JAN 28 2008
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HOMESOURCE REAL ESTATE ASSET SERVICES, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | 08-64 C<br>CoFC No._____<br>**BID PROTEST** |

**DISCLOSURE STATEMENT UNDER RCFC 7.1**

In accordance with RCFC 7.1 undersigned counsel for Plaintiff HomeSource Real Estate Asset Services, Inc. certifies that the Plaintiff is a nongovernmental corporation. The Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Kathy C. Potter

Kathy C. Potter
Benton & Potter, P.C.
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 416-1660
(202) 330-5487 facsimile

Janine S. Benton
Benton & Potter, PC
150 S. Washington St
Suite 202
Falls Church, VA 22046
(703) 992-9255
(703) 832-0211 facsimile