ORIGINAL

FILED
JAN 28 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

HOMESOURCE REAL ESTATE ASSET SERVICES, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

08-64 C

CoFC No._____
**BID PROTEST**

**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**COMES NOW** the HomeSource Real Estate Asset Services, Inc. ("HomeSource"), by and through undersigned counsel, and hereby files this Motion for a Temporary Restraining Order Preliminary Injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure Rules of the United States Court of Federal Claims.

The United States Department of Housing and Urban Development ("HUD") has issued a Request for Proposals ("RFP") for Single Family Home Marketing & Management ("M&M") Services in Ohio and Michigan. Pursuant to the procurement, HUD will only allow a few of the current M&M contractors to respond to the RFP. HUD is excluding HomeSource and other offerors from bidding on the RFPs for both Ohio and Michigan, while allowing other competitors to bid on both, without justification in violation of the Competition in Contracting Act, 41 U.S.C. § 253. In addition, HUD has wrongfully engaged in discussions with some offerors, but not HomeSource, in violation of 48 CFR § 15.306.

For the reasons fully described in the Memorandum in Support of HomeSource's Motion for Temporary Restraining Order and Preliminary Injunction, filed concurrently herewith, this Court should issue a Temporary Restraining Order and Preliminary Injunction against HUD, enjoining HUD from excluding HomeSource from competing for the M&M services in Michigan and from wrongfully engaging in discussions with some offerors, but not HomeSource.

Respectfully submitted,

Kathy C. Potter

Kathy C. Potter
Benton & Potter, P.C.
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 416-1660
(202) 330-5487 facsimile

Janine Benton
Benton & Potter, PC
150 S. Washington St
Suite 202
Falls Church, VA 22046
(703) 992-9255
(703) 832-0211 facsimile

Counsel for Plaintiff HomeSource Real Estate Asset Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2008, a copy of the foregoing Motion for Preliminary Injunction was served by electronic mail on:

Counsel for the United States Terra Hogan, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530; and

Keith Surber, Contracting Officer, U.S. Department of Housing and Urban Development, 1670 Broadway, 23rd Floor, Denver, Colorado 80202.

Kathy Potter

Kathy Potter