IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOMESOURCE REAL ESTATE ASSET SERVICES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-64C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of TARA K. HOGAN as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

TARA K. HOGAN
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Attention: Classification Unit, 8th Floor

s/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-2228
Facsimile: (202) 305-7643

Dated: January 29, 2008

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on January 29, 2008 a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Tara K. Hogan