# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HOMESOURCE REAL ESTATE ASSET SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CoFC No. 1:08-cv-00064-TCW<br>**BID PROTEST** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Rules of the Court of Federal Claims, Plaintiff HomeSource Real Estate Asset Services, Inc. hereby dismisses the complaint in this action without prejudice.

Respectfully submitted,

Date: February 6, 2008

s/Kathy C. Potter

Kathy C. Potter
Benton & Potter, P.C.
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
(202) 416-1660
(202) 330-5487 facsimile

Janine S. Benton
Benton & Potter, PC
150 S. Washington St., Suite 202
Falls Church, VA 22046
(703) 992-9255
(703) 832-0211 facsimile

Counsel for Plaintiff HomeSource Real Estate Asset Services, Inc.

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on February 6, 2008, a copy of the foregoing "Notice of Voluntary Dismissal Without Prejudice" was filed electronically. I understand that the Notice will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kathy C. Potter